IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED

03 JAN 22  PM 2: 15

U.S. DISTRICT COURT
N.D. OF ALABAMA

JAMES BRENT BROWN,                    )
                                      )
          Petitioner,                 )
                                      )
v.                                    )     CIVIL ACTION NO. 02-J-0963-NE
                                      )
WARDEN STEVE BULLARD                  )
and THE ATTORNEY GENERAL              )
FOR THE STATE OF ALABAMA,             )         **ENTERED**
                                      )
          Respondents.                )         JAN 2 2 2003

## MEMORANDUM OPINION

On December 31, 2002, the magistrate judge assigned this case entered a report and recommendation finding that the petition for a writ of habeas corpus was precluded from review because it was barred by the applicable statute of limitations. (*See* 28 U.S.C. § 2244(d)). (Doc. 14). The petitioner objected to the report and recommendation. (Doc. 15). He asserts, among other things, that the petition is timely because he filed a writ of habeas corpus in the "original tribunal" on April 16, 2001, after his appeal was denied. (*Id*. at 1 & 3).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

To the extent the petitioner asserts that the filing of the state habeas corpus petition makes the present petition timely (doc. 15 at 3), he is incorrect. Any federal petition should have been filed

on or before April 24, 1997.

In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

**DONE**, this ___*22*___ day of January, 2003.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

2